# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        v.                       **CASE NO. 6:23-cr-10119-JWB**

**ANTONIO I. CORDERO,**

        **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**DISTRIBUTION OF METHAMPHETAMINE**
**[21 U.S.C. § 841]**

On or about March 29, 2021, in the District of Kansas,

**ANTONIO I. CORDERO,**

the defendant herein, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of Methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 2

**POSSESSION OF METHAMPHETAMINE
WITH THE INTENT TO DISTRIBUTE
[21 U.S.C. § 841]**

On or about April 22, 2021, in the District of Kansas,

**ANTONIO I. CORDERO,**

the defendant herein, did unlawfully, knowingly, and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of Methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

## FORFEITURE NOTICE

1. The allegation contained in Count 1 of this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

2. Upon conviction of one or more of the offenses set forth in Count 1 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of such offenses and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offenses, including but not limited to:

    A. A forfeiture money judgment in an amount equal to the amount of gross proceeds obtained or derived by the defendant.

3. If any of the property described above, as a result of any act or omission of the defendant:

    A. cannot be located upon the exercise of due diligence;

    B. has been transferred or sold to, or deposited with, a third party;

    C. has been placed beyond the jurisdiction of the court;

    D. has been substantially diminished in value; or

    E. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

                                A TRUE BILL.

November 28, 2023                      s/Foreperson
DATE                                            FOREPERSON OF THE GRAND JURY

KATE E. BRUBACHER
UNITED STATES ATTORNEY

By: /s/ Lanny D. Welch
LANNY D. WELCH
Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: Lanny.Welch@usdoj.gov
Ks. S. Ct. No. 13267

> IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

## **PENALTIES**

**Counts 1-2:   21 U.S.C. § 841**
**[Distribution/Possession with the Intent to Distribute Methamphetamine]**

- Punishable by a term of imprisonment of not more than twenty (20) years.  21 U.S.C. § 841(b)(1)(C).
- A term of supervised release of not less than three (3) years. 21 U.S.C. § 841(b)(1)(C).
- A fine not to exceed $1,000,000.  21 U.S.C. § 841(b)(1)(C).
- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).