# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

  v.        **CASE NO. 6:23-cr-10119-JWB**

**ANTONIO L. CORDERO,**

    **Defendant.**

## EXPERT DISCLOSURE

**I.**  **Drug Enforcement Administration (DEA) Forensic Chemist:** The United States will offer expert testimony from DEA Forensic Chemist Ticia M. Eccardt. Eccardt will testify relating to the substances that are at issue in this case, and opine that, through testing including Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy she determined the substance contained Methamphetamine.

  **a.**  **Opinion:** Specifically, DEA Forensic Chemist Eccardt will testify she examined the following and identified these items as follows:

    1.  LIMS Number 2021-SFL5-02858 - a substance contained in a plastic bag submitted to the DEA laboratory in Chicago, Illinois, by the DEA Resident Office in Wichita, Kansas, was tested and determined to be 994.0 g +/- 60.1 g of Methamphetamine.

  **b.**  **Bases and Reasons for the Opinion:** Ms. Eccardts's expert report, which contains the bases for her opinions, is attached to this disclosure and incorporated herein.

1

c.      **Qualifications:** Ms. Eccardt's Curriculum Vitae (CV) is attached to this disclosure and incorporated herein.

d.      **Previous Publications:** None

e.      **Previous Expert Testimony:** See attached CV.

Respectfully submitted,

KATE E. BRUBACHER
United States Attorney

/s/ Lanny D. Welch
LANNY D. WELCH, #13267
Assistant United States Attorney
United States Attorney's Office
301 N. Main, Suite 1200
Wichita, Kansas 67202
316-269-6481
Lanny.Welch@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of April, 2024, I electronically filed the foregoing Disclosure with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/Lanny D. Welch
LANNY D. WELCH
Assistant U.S. Attorney

**U.S. Department of Justice**
**Drug Enforcement Administration**

North Central Laboratory
Chicago, IL

## Chemical Analysis Report

Wichita Resident Office
8415 E. 32nd St. N
Wichita, KS 67226

**Case Number:** REDACTED
**LIMS Number:** 2021-SFL5-02858

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 7 | Methamphetamine Hydrochloride | 994.0 g ± 0.2 g | 100% ± 6% | 994.0 g ± 60.1 g |

**Remarks:**

The net weight represents the weight of all material, excluding the packaging.

The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Purity determined from testing the composite; the purity and amount pure substance values are representative of the entire exhibit. All uncertainty values represent expanded uncertainty estimates at the 95% level of confidence.

Supplemental report to reflect addition of Rule 16 summary of testimony. Refer to original laboratory report dated 04/27/2021.

### Exhibit Details:

**Date Accepted by Laboratory:** 04/05/2021    **Gross Weight:** 1050 g    **Date Received by Examiner:** 04/13/2021

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 7 | 1 | Ziplock Plastic Bag | Crystalline | 992.3 g |

**Remarks:**

### Exhibit Analysis:

**Sampling:**

A composite was formed from 1 unit for testing of 1 unit received. Methamphetamine confirmed in the composite. Salt form determined from testing the composite.

| Exhibit | Summary of Test(s) |
|---|---|
| 7 | Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy |

| Exhibit | Purity Test(s) |
|---|---|
| 7 | NCL-MEM-GCQ1 / Gas Chromatography |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Ticia M. Eccardt, Quality Assurance Specialist    **Date:** 02/13/2024
**Approved By:** /S/ Sally F. Ho, Supervisory Chemist    **Date:** 02/13/2024



**U.S. Department of Justice**
**Drug Enforcement Administration**

North Central Laboratory
Chicago, IL

## Chemical Analysis Report

Wichita Resident Office
8415 E. 32nd St. N
Wichita, KS 67226

**Case Number:** REDACTED
**LIMS Number:** 2021-SFL5-02858

The following summary of testimony is provided as required by Federal Rule of Criminal Procedure 16(a)(1)(G) and is a complete statement of my opinions, which are exclusive to and address only the exhibit(s) identified in this summary. I am employed by the U.S. Department of Justice, Drug Enforcement Administration (DEA) and was so employed when I conducted the examinations and analyses of the above referenced LIMS number. My qualifications to conduct the examinations and analyses, and to express an opinion as to the identity of the material contained in the exhibit(s) described above, are based on my knowledge, skill, experience, training, and education. See my Curriculum Vitae (which will be provided prior to the close of expert discovery) for additional information regarding my qualifications, including previous testimony offered in the last four years and any publications authored in the last ten years. The opinions described are based on the listed chemical, physical, and instrumental analyses, the results generated by those analyses, and my interpretation of those results set forth in the laboratory report and analyst notes. The manner and process by which I performed the analyses were, to the best of my knowledge, in accordance with the publicly available Analysis of Drugs Manual (ADM) and Laboratory Operations Manual (LOM), in effect at the time of analysis. These are generally available at: https://www.dea.gov/resources/documents?f%5B0%5D=publication_type%3A2596, or were otherwise disclosed upon request. I analyzed the material contained in the exhibit(s) which were submitted for analysis in the above referenced LIMS number. Refer to this laboratory report associated with the subject LIMS number. The analytical methods used in these analyses are validated and verified according to our quality assurance policy to ensure the methods are reliable and fit-for-purpose and the techniques utilized are widely accepted and employed in the scientific and forensic community. Summaries of instrumental methods are available at: https://www.dea.gov/resources/documents?f%5B0%5D=publication_type%3A2596. This report, its attachments, and the referenced documents are not an exhaustive or complete recitation of testimony that I may offer. In addition, I may offer opinions in response to questions posed during trial. Pursuant to Fed. R. Crim. P. 16(a)(1)(G)(v), I, the analyst, approve the foregoing disclosure, and reserve the right to amend as necessary to comply with Rule 16's obligations.

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/  Ticia M. Eccardt, Quality Assurance Specialist     **Date:** 02/13/2024
**Approved By:** /S/  Sally F. Ho, Supervisory Chemist     **Date:** 02/13/2024



Ticia M. Eccardt (Burgie), B.S.  
Department of Justice  
Drug Enforcement Administration  
Office of Forensic Sciences

Senior Forensic Chemist  
North Central Laboratory  
Chicago, IL

---

## AREA OF EXPERTISE

**Forensic Discipline**
> Seized Drug Analysis

**Expert Testimony**
- Qualified and testified as an expert witness in the field of forensic drug chemistry approximately 18 times.
- Testified in Federal and State Courts in Illinois, Indiana, Iowa, Kansas, Michigan, Ohio, South Dakota and Wisconsin.
- Testimony in the last four years:
    > *United States of America v. Payne T. Randle* (Fort Wayne, IN), 02/14/2024.
    > *United States of America v. Eddie Lee Pope* (Toledo, OH), 10/10/2023.
    > *United States of America v. Rusty James Driscoll and Shaunna Marie Gross* (Sioux Falls, SD), 08/02/2023.
    > *United States of America v. Dante Peppers* (Topeka, KS), 10/06/2022
    > *United States of America v. Torrence Larry* (Fort Wayne, IN), 12/01/2021.
    > *United States of America v. Michael Grommet, et. al.* (Davenport, IA), 08/18/2021.
    > *United States of America v. Anthony Oisoni Ozamaro* (Grand Rapids, MI), 10/21/2020.

## PROFESSIONAL EXPERIENCE

**Drug Enforcement Administration**
*Quality Assurance Specialist, DEA – North Central Laboratory (Chicago, IL), July 2023 – Present*
- Provide technical and administrative reviews of lab reports.
- Provide analytical and policy guidance to other chemists in the laboratory.
- Formulate recommendations for quality assurance programs and activities.
- Review method validation and verification reports and associated data.
- Serve as North Central Laboratory peer review coordinator.

*Senior Forensic Chemist, DEA – North Central Laboratory (Chicago, IL), May 2020 – Present*
*Forensic Chemist, DEA – North Central Laboratory (Chicago, IL), August 2016 – April 2020*
- Conduct quantitative and qualitative chemical analyses on exhibits submitted for substance identification by utilizing all manners of modern analytical techniques and instrumentation, to include: infrared spectroscopy (IR) using attenuated total reflectance (ATR), gas chromatography using flame ionization detection (GC-FID), gas chromatography (GC) with mass spectrometer (MS), and ultraviolet-visible spectroscopy (UV-VIS).
- Author laboratory reports describing the quantitative and qualitative procedures performed and the results obtained.
- Performed analysis on approximately 2000 exhibits to date.
- Provide expert witness testimony in U.S. federal and state courts when needed.
- Provide field assistance to agents and other agencies when needed.

*Training*
- Advanced GC-IRD for Forensics: Theory, Operations & Basic Maintenance, ASAP Analytical, (Chicago, IL), November 2023.
- Agilent GCMS Maintenance & Troubleshooting, Agilent Technologies, (Alpharetta, GA), July 2017.
- Basic Forensic Chemist Training Program, DEA, (Quantico, VA), August 2016 – December 2016.
- Annual refresher training topics include: Respiratory Protection, Bloodborne Pathogens, Laboratory Hazardous Waste, Clandestine Laboratory, Cybersecurity, and Records and Information Management.

**DuPage County Forensic Science Center**

*Forensic Scientist – Drug Chemistry, (Wheaton, IL), July 2012 – July 2016*

- Conducted qualitative analysis of exhibits to detect the presence or absence of controlled substances using analytical instrumentation, to include: infrared spectroscopy (IR) using attenuated total reflectance (ATR), gas chromatography (GC) with mass spectrometer (MS), and UV-VIS.
- Authored laboratory reports describing the qualitative procedures performed and the results obtained.
- Performed analysis on approximately 1700 exhibits.
- Performed monthly maintenance and daily checks of instrumentation.
- Assisted law enforcement agencies in cannabis grow operations, color test trainings, and evidence packaging.
- Served as tour coordinator to facilitate and organize educational tours of the laboratory.
- Provided testimony in state court when needed.

*Training*

- Midwestern Association of Forensic Scientists (MAFS) Annual Meeting, (St. Paul, MN), 2014
  - Workshops attended: GC Troubleshooting, Statistics for Forensic Sciensists, Designing, Executing, & Reporting Validation Studies for Instrumental/Analytical Techniques, Current Issues in Drug Chemistry.
- DuPage County Forensic Science Center Identification of Controlled Substances Training Program (ISO accredited through ASCLD/LAB), (Wheaton, IL), 2013-2014.
- Midwestern Association of Forensic Scientists (MAFS) Annual Meeting, (Dayton, OH), 2013
  - Workshops attended: Application of Pharmacophores & More to Bath Salts & Spices, Statistical Comparison of Mass Spectral Data, FT-IR Spectral Interpretation for the Drug Chemist, Eclectic Topics in Forensic Drug Chemistry, Use of Solid Phase GC-IRD in Drug Analysis.
- DuPage County Forensic Science Center Cannabis Identification Competency Training Program (ISO accredited through ASCLD/LAB), (Wheaton, IL), 2012.

**DuPage County Forensic Science Center**
*Intern – Drug Chemistry, (Wheaton, IL), July 2011 – September 2011*

- Observed casework and routine duties performed by other forensic scientists in the drug chemistry and trace sections of the laboratory.
- Completed administrative tasks to assist the drug chemistry section.

# EDUCATION AND CERTIFICATIONS

**Degree Program(s)**

Northern Illinois University (DeKalb, IL)
  Bachelors of Science, Chemistry, 2012
  Minor, Sociology, 2012

Grand Valley State University (Allendale, MI)
  Courses towards Bachelors of Science, Chemistry, 2007-2009

**Certification(s)**
- DEA Clandestine Laboratory Level "A" Operations Certifications Program, Class No. 24, (Valencia, CA), January 2019.
- DEA Basic Clandestine Laboratory, Class No. 68, (Quantico, VA), January 2018.

# PROFESSIONAL AFFILIATIONS

- Midwestern Association of Forensic Scientists (MAFS), Regular Member, 2014 - Present

# PRESENTATIONS AND LECTURES

- Presenter, "Forensic Drug Chemistry"
    - Talk presented to forensic science students at Westmont High School, Westmont, IL, April 2019
- Presenter, "Forensic Drug Chemistry"
    - Talk presented to forensic science/chemistry students at Woodstock High School, Woodstock, IL, October 2019/October 2018
- Presenter, "Forensic Science: Not As Seen On TV"
    - Harper Creek Middle School Career Day, Battle Creek, MI, November 2017
- Presenter, "Fentanyl and Synthetic Drug Update"
    - DEA Merrillville Division Office Training, Hammond, IN, April 2017
- Presenter, "Current Trends in Drugs of Abuse: An Update on Legislature, Field Tests, Proper Handling & More"
    - Midwest Forensic Training Conference Annual Meeting, Glen Ellyn, IL, January 2016
- Presenter, "New Drugs on the Marker: An Update on Legal Status, Field Tests & More"
    - Illinois Association of Property and Evidence Managers (IAPEM) Annual Meeting, Hoffman Estates, IL, April 2014

## DISTINCTIONS

- Outstanding Student Award, Basic Forensic Chemist Class No. 9 (Quantico, VA), December 2016