# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

v.                          **CASE NO. 6:23-cr-10119-JWB**

**ANTONIO L. CORDERO,**

        **Defendant.**

## EXPERT DISCLOSURE

**I.     Drug Enforcement Administration (DEA) Forensic Chemist:** The United States will offer expert testimony from DEA Forensic Chemist Krina M. Desai. Desai will testify relating to the substances that are at issue in this case, and opine that, through testing including Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy she determined the substance contained Methamphetamine.

    **a.     Opinion:** Specifically, DEA Forensic Chemist Desai will testify she examined the following and identified these items as follows:

        1.     LIMS Number 2021-SFL5-03649 - a substance contained in a plastic bag submitted to the DEA laboratory in Chicago, Illinois, by the DEA Resident Office in Wichita, Kansas, was tested and determined to be 750.1 g +/- 54.9 g of Methamphetamine.

    **b.     Bases and Reasons for the Opinion:** Ms. Desai's expert report, which contains the bases for her opinions, is attached to this disclosure and incorporated herein.

1

c. **Qualifications:** Ms. Desai's Curriculum Vitae (CV) is attached to this disclosure and incorporated herein.

d. **Previous Publications:** None

e. **Previous Expert Testimony:** See attached CV.

    Respectfully submitted,

    KATE E. BRUBACHER
    United States Attorney

    /s/ Lanny D. Welch
    LANNY D. WELCH, #13267
    Assistant United States Attorney
    United States Attorney's Office
    301 N. Main, Suite 1200
    Wichita, Kansas 67202
    316-269-6481
    Lanny.Welch@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of April, 2024, I electronically filed the foregoing Disclosure with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                          s/Lanny D. Welch
                                                          LANNY D. WELCH
                                                          Assistant U.S. Attorney



**U.S. Department of Justice**
**Drug Enforcement Administration**

North Central Laboratory
Chicago, IL

## Chemical Analysis Report

Wichita Resident Office
8415 E. 32nd St. N
Wichita, KS 67226

**Case Number:** REDACTED
**LIMS Number:** 2021-SFL5-03649

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 8 | Methamphetamine Hydrochloride | 974.2 g ± 0.2 g | 77% ± 6% | 750.1 g ± 54.9 g |

**Remarks:**

The net weight represents the weight of all material, excluding the packaging.

The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Purity determined from testing the composite; the purity and amount pure substance values are representative of the entire exhibit. All uncertainty values represent expanded uncertainty estimates at the 95% level of confidence.

### Exhibit Details:

**Date Accepted by Laboratory:** 04/28/2021    **Gross Weight:** 1015 g    **Date Received by Examiner:** 03/16/2022

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 8 | 1 | Ziplock Plastic Bag | Crystalline | 967.3 g |

**Remarks:**

### Exhibit Analysis:

**Sampling:**

A composite was formed from 1 unit for testing of 1 unit received. Methamphetamine confirmed in the composite. Salt form determined from testing the composite.

| Exhibit | Summary of Test(s) |
|---|---|
| 8 | Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy, Marquis Color Test |

| Exhibit | Purity Test(s) |
|---|---|
| 8 | NCL-MEM-GCQ1 / Gas Chromatography |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Krina M. Desai, Forensic Chemist    **Date:** 03/24/2022
**Approved By:** /S/ Marsha A. Collins, Supervisory Chemist    **Date:** 03/24/2022



**U.S. Department of Justice**
**Drug Enforcement Administration**

North Central Laboratory
Chicago, IL

## Chemical Analysis Report

Wichita Resident Office
8415 E. 32nd St. N
Wichita, KS 67226

**Case Number:** REDACTED
**LIMS Number:** 2021-SFL5-03649

The following summary of testimony is provided as required by Federal Rule of Criminal Procedure 16(a)(1)(G) and is a complete statement of my opinions, which are exclusive to and address only the exhibit(s) identified in this summary. I am employed by the U.S. Department of Justice, Drug Enforcement Administration (DEA) and was so employed when I conducted the examinations and analyses of the above referenced LIMS number. My qualifications to conduct the examinations and analyses, and to express an opinion as to the identity of the material contained in the exhibit(s) described above, are based on my knowledge, skill, experience, training, and education. See my Curriculum Vitae (which will be provided prior to the close of expert discovery) for additional information regarding my qualifications, including previous testimony offered in the last four years and any publications authored in the last ten years. The opinions described are based on the listed chemical, physical, and instrumental analyses, the results generated by those analyses, and my interpretation of those results set forth in the laboratory report and analyst notes. The manner and process by which I performed the analyses were, to the best of my knowledge, in accordance with the publicly available Analysis of Drugs Manual (ADM) and Laboratory Operations Manual (LOM), in effect at the time of analysis. These are generally available at: https://www.dea.gov/resources/documents?f%5B0%5D=publication_type%3A2596, or were otherwise disclosed upon request. I analyzed the material contained in the exhibit(s) which were submitted for analysis in the above referenced LIMS number. Refer to this laboratory report associated with the subject LIMS number. The analytical methods used in these analyses are validated and verified according to our quality assurance policy to ensure the methods are reliable and fit-for-purpose and the techniques utilized are widely accepted and employed in the scientific and forensic community. Summaries of instrumental methods are available at: https://www.dea.gov/resources/documents?f%5B0%5D=publication_type%3A2596. This report, its attachments, and the referenced documents are not an exhaustive or complete recitation of testimony that I may offer. In addition, I may offer opinions in response to questions posed during trial. Pursuant to Fed. R. Crim. P. 16(a)(1)(G)(v), I, the analyst, approve the foregoing disclosure, and reserve the right to amend as necessary to comply with Rule 16's obligations.

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Krina M. Desai, Forensic Chemist                                           **Date:** 03/24/2022
**Approved By:** /S/ Marsha A. Collins, Supervisory Chemist                                **Date:** 03/24/2022



| Krina Desai | Forensic Chemist |
|---|---|
| Department of Justice | North Central Laboratory |
| Drug Enforcement Administration | Chicago, IL |
| Office of Forensic Science | |

## AREA OF EXPERTISE

**Forensic Discipline**
- Seized Drug Analysis

**Expert Testimony**
- Qualified and testified as an expert witness in controlled substance analysis 2 times
   - *United States vs Keith Jones* (Indianapolis, IN), 2023
   - *United States vs Robert Burrell* (Port Huron, MI), 2022

## PROFESSIONAL EXPERIENCE

**DRUG ENFORCEMENT ADMINISTRATION**
*Forensic Chemist, North Central Laboratory (Chicago, IL), 2021-Present*
- Perform quantitative and qualitative chemical analysis on exhibits submitted for controlled substance identification using analytical instrumentation such as infrared spectroscopy (IR), gas chromatography – flame ionization detection (GC-FID), and gas chromatography – mass spectrometry (GCMS)
- Report findings and analysis results in written laboratory reports
- Testify to the reported findings in a court of law as needed
- More than 615 exhibits analyzed

*Training*
- Midwestern Association of Forensic Scientists Fall Meeting Workshops (Des Moines, IA), 2022
- DEA North Central Laboratory Forensic Chemist Training (Chicago, IL), 2021
- DEA Basic Forensic Chemist Training (Quantico, VA), 2021

*Physical Science Technician, North Central Laboratory (Chicago, IL), 2019-2021*
- Prepared and analyzed quantitation calibration and quality control (QC) standards for controlled substances
- Verified reference standards with analytical instrumentation
- Verified methods on analytical instrumentation

**UNITED STATES DRUG TESTING LABORATORIES, INC**
*Forensic Analytical Chemist (Des Plaines, IL), 2019*
- Performed confirmation testing of drugs of abuse in biological matrices with analytical instrumentation and data analysis software
- Participated in method development and validation projects

*QC/QA Specialist (Des Plaines, IL), 2018-2019*
- Ensured the Quality Management System was implemented and maintained in accordance with the regulations of various licensing standards
- Implemented quality improvements and revised standard operating procedures (SOP)
- Troubleshooting non-conformities of annual method verification data

*Negative Certifying Scientist (Des Plaines, IL), 2017-2018*
- Analyzed initial screening data following quality control acceptance criteria
- Certified negative results to clients

*Laboratory Technician (Des Plaines, IL), 2016-2017*
- Performed extractions of drugs of abuse from biological matrices following SOP
- Initial screening of biological matrices performed

## EDUCATION

Loyola University Chicago (Chicago, IL)

- Bachelor of Science in Forensic Science with minor in Chemistry, 2015
- Bachelor of Science in Biology, 2015