PS 8  
D/KS 1/14/21

PACTS 8798723

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF KANSAS

U.S.A. vs. Antonio I. Cordero          Docket No.  1083 6:23CR10119-001

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Jason H. Jordan, U.S. Pretrial Services Officer, presenting an official report upon the conduct of defendant Antonio I. Cordero, who was placed under pretrial release supervision by the Honorable Gwynne E. Birzer sitting in the court at Wichita, Kansas, on 01/29/2024, under the following conditions:

1. **The defendant must participate in the Curfew location restriction program and comply with its requirements as directed by the pretrial services office or supervising officer.**

2. **The defendant must submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

1. **On 7/15/2024, the defendant failed to return to his residence for curfew as required.  The defendant stayed overnight at a residence on Piatt Circle, instead of his approved residence, which violated his location monitoring curfew program. Subsequently, the defendant failed to return to his approved residence for his curfew on 7/16/2024.**

2. **On 7/15/2024 and 7/16/2024, the defendant violated the Location Monitoring Participant Agreement in which the defendant signed on 1/31/2024, acknowledging understanding of the program.  On 7/15/2024 and 7/16/2024, the defendant failed to answer multiple phone calls by the probation officer, and he failed to respond to the probation officer's audible messages sent to the tracker/bracelet in attempt to address violations of the location monitoring program.**

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant for the defendant's arrest, and he be required to appear and show cause as to why his bond should not be revoked.

| Approved: | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| *[signature]* | Executed on: July 17, 2024 |
| Justin Hoffman, Supervisory U.S. Probation Officer | *[signature: Jason H. Jordan]* |
| | Jason H. Jordan |
| | Senior U.S. Probation Officer |
| | Place:   Wichita, Kansas |

**ORDER OF COURT**

Considered and ordered this  <u>  17th  </u>  day of  <u>  July  </u>  20<u>24</u>  and ordered filed and made a part of the records in the above case. The court's signature below denotes concurrence with the Pretrial Officer's above recommendation.

**If Petition results in the issuance of a Warrant, the Docket Entry, Petition and Warrant sealed and not to be distributed to counsel of record.  Docket Entry, Petition and Warrant unsealed upon arrest.**

*/s/ Gwynne E. Birzer*
Honorable Gwynne E. Birzer
U.S. Magistrate Judge


cc:  AUSA Lanny Welch