COURTROOM MINUTE SHEET - CRIMINAL HEARINGS
U.S. DISTRICT COURT - WICHITA, KANSAS

Date: 7/22/24

**FILED**
U.S. District Court
District of Kansas
JUL 22 2024
Clerk, U.S. District Court
By_____ Deputy Clerk

United States of America,
  Plaintiff,
v.
Antonio I. Cordero,
  Defendant.

Case No. 23-10119-01-JWB

JUDGE: ☒ Birzer ☐ Severson
DEPUTY CLERK: ☒ Anderson ☐ Carter
INTERPRETER: ☐ Vargas ☐ Badillo ☐ Martinez
           ☐ Ping ☐ Rivera ☐ Vilaythong
           ☐ Sworn

AUSA: Laury Welch
DEFENSE COUNSEL: Mike Hepperly
TAPE NO.: 1:42 – 2:00
         2:17 – 2:23

## PROCEEDINGS

☐ Initial Appearance          ☐ Detention Hearing           ☒ Bond Rev. Hrg
☐ Initial Rule 5(c)(3)        ☐ Preliminary Hearing         ☐ Pretrial Conference
☐ Sentencing                  ☐ Change of Plea
☐ In-Court Hearing: _____
☐ Arraignment    ☐ Reading waived    ☐ Read to Defendant    ☐ Not Guilty Plea Entered

☐ Complaint ☐ Indictment ☐ Information ☐ Pet. Revoke Supervision ☒ No. Counts: 2 ☐ Forfeiture
☐ Felony        ☐ Misdemeanor
☐ Charges/Viols. and penalties explained to Defendant
☒ Constitutional rights explained
☐ Defendant affirmation/sworn    ☐ Examined re: financial status    ☐ Counsel appointed
☐ Due Process Protections Act advisement given
☐ Defendant given Consular Notification
☐ Advised of rights under Rule   ☐ 20   ☐ 5(c)(3)   ☐ Transfer to: _____
☐ Signed Wvr Ind   ☐ Signed Consent to MJ   ☐ Petition to Plea filed   ☐ Plea Agmt filed   ☐ PSI ordered

☐ Oral Motion by ☐ Government / ☐ Defendant for detention hearing; ☐ granted. ☐ denied.
☐ Oral Motion by ☐ Government / ☐ Defendant for continuance of detention hearing; ☐ granted. ☐ denied.
☐ Defendant remanded to USM custody. Detention ordered until detention hearing.
☐ Oral Motion by Government for pretrial detention is  ☐ granted. ☐ denied. ☐ withdrawn.
☐ The Government adopted the recommendations of Pretrial Services for release on conditions.
☐ Defendant waived the right to a detention hearing. The Court accepted the waiver and granted the Government motion for detention.
☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
☐ Defendant waived the right to an identity hearing. Court accepted waiver and found Defendant to be person named.
☐ Defendant waived the right to a detention hearing in the District of KS. Court accepted the waiver and granted the Govt. motion for detention pending proceedings in the charging District.

☐ Release ordered            ☐ Bond fixed at: $ _____      ☒ Continued on present bond/conditions
☐ Detention ordered          ☐ Remanded to custody

Defendant's next appearance:  ☒ as directed before Judge Broomes
                              ☐ per the Scheduling Order of Judge _____
                              ☐ on _____ at _____ ☐ a.m. ☐ p.m. before Judge _____
                              for ☐ detention hearing ☐ arraignment ☐ prelim hearing ☐ _____

NOTES: D admitted violations of bond; Court found conditions of bond were violated. Bond reinstated under same conditions.