PS 8
D/KS 1/14/21

PACTS 8798723

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF KANSAS

U.S.A. vs. Antonio I. Cordero            Docket No.  1083 6:23CR10119-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW Jason H. Jordan, U.S. Pretrial Services Officer, presenting an official report upon the conduct of defendant Antonio I. Cordero, who was placed under pretrial release supervision by the Honorable Gwynne E. Birzer sitting in the court at Wichita, Kansas, on 01/29/2024, under the following conditions:

1. **The defendant must participate in the Curfew location restriction program and comply with its requirements as directed by the pretrial services office or supervising officer.**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

1. **On 7/22/2024, the defendant appeared before the Court via warrant following a petition filed for violations of his supervised bond.  On that date, the defendant admitted to violations of bond.  The Court reinstated the defendant on bond supervision under original conditions which included Location Monitoring Curfew Program (LM). The probation officer directed the defendant to call upon release from jail for directions to replace his LM transmitter.  The defendant released from jail in the afternoon on 7/22/2024 and failed to contact the probation officer as directed.   The defendant has failed to contact the probation officer at the time of this report.**

**PRAYING THAT THE COURT WILL ORDER** the issuance of a warrant for the defendant's arrest, and he be required to appear and show cause as to why his bond should not be revoked.

Approved:

*/s/ Justin Hoffman/*

Justin Hoffman, Supervisory U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  July 24 2024

*/s/ Jason H. Jordan/*

Jason H. Jordan
Senior U.S. Probation Officer
Place:   Wichita, Kansas

## ORDER OF COURT

Considered and ordered this ___24th___ day of ___July___ 20_24_ and ordered filed and made a part of the records in the above case. The court's signature below denotes concurrence with the Pretrial Officer's above recommendation.

**If Petition results in the issuance of a Warrant, the Docket Entry, Petition and Warrant sealed and not to be distributed to counsel of record.  Docket Entry, Petition and Warrant unsealed upon arrest.**

_____
Honorable Gwynne E. Birzer
U.S. Magistrate Judge


cc:  AUSA Lanny Welch