**COURTROOM MINUTE SHEET - CRIMINAL HEARINGS**
**U.S. DISTRICT COURT - WICHITA, KANSAS**

Date: 7/31/24

FILED
U.S. District Court
District of Kansas
JUL 31 2024
Clerk, U.S. District Court
By _____ Deputy Clerk

United States of America,

Plaintiff,

v.

Antonio I. Cordero,

Defendant.

Case No. 23-10119-01-JWB

JUDGE: ☒ Birzer  ☐ Severson
DEPUTY CLERK: ☒ Anderson  ☐ Carter
INTERPRETER: ☐ Vargas ☐ Badillo ☐ Martinez
☐ Ping ☐ Rivera ☐ Vilaythong
☐ Sworn

AUSA: Deb Barnett
DEFENSE COUNSEL: Mike Hepperly
TAPE NO.: 1:35 - 1:53

## PROCEEDINGS

☐ Initial Appearance
☐ Initial Rule 5(c)(3)
☐ Sentencing
☐ In-Court Hearing: _____
☐ Arraignment   ☐ Reading waived

☐ Detention Hearing
☐ Preliminary Hearing
☐ Change of Plea

☐ Read to Defendant

☒ Bond Rev. Hrg
☐ Pretrial Conference

☐ Not Guilty Plea Entered

☐ Complaint ☐ Indictment ☐ Information ☐ Pet. Revoke Supervision ☒ No. Counts: 1 ☐ Forfeiture
☐ Felony   ☐ Misdemeanor
☐ Charges/Viols. and penalties explained to Defendant
☒ Constitutional rights explained
☐ Defendant affirmation/sworn   ☐ Examined re: financial status   ☐ Counsel appointed
☐ Due Process Protections Act advisement given
☐ Defendant given Consular Notification
☐ Advised of rights under Rule ___ ☐ 20 ☐ 5(c)(3) ☐ Transfer to: _____
☐ Signed Wvr Ind ☐ Signed Consent to MJ ☐ Petition to Plea filed ☐ Plea Agmt filed ☐ PSI ordered

☐ Oral Motion by ☐ Government / ☐ Defendant for detention hearing; ☐ granted. ☐ denied.
☐ Oral Motion by ☐ Government / ☐ Defendant for continuance of detention hearing; ☐ granted. ☐ denied.
☐ Defendant remanded to USM custody. Detention ordered until detention hearing.
☐ Oral Motion by Government for pretrial detention is ☐ granted. ☐ denied. ☐ withdrawn.
☐ The Government adopted the recommendations of Pretrial Services for release on conditions.
☐ Defendant waived the right to a detention hearing. The Court accepted the waiver and granted the Government motion for detention.
☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
☐ Defendant waived the right to an identity hearing. Court accepted waiver and found Defendant to be person named.
☐ Defendant waived the right to a detention hearing in the District of KS. Court accepted the waiver and granted the Govt. motion for detention pending proceedings in the charging District.

☐ Release ordered
☒ Detention ordered

☐ Bond fixed at: $ _____
☒ Remanded to custody

☐ Continued on present bond/conditions

Defendant's next appearance: ☒ as directed before Judge Broomes
☐ per the Scheduling Order of Judge _____
☐ on _____ at _____ ☐ a.m. ☐ p.m. before Judge _____
for ☐ detention hearing ☐ arraignment ☐ prelim hearing ☐ _____

NOTES: A stipulated to the violations stated in the Petition. Court found D violated bond. Court revoked bond.